## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 44 MAL 2015
:
              Respondent :
                    : Petition for Allowance of Appeal from the
                    : Order of the Superior Court
        v. :
:
:
:
GREGORY METZ ROGERS, :
PETITONER :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.